IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DIRECTOR,<br><br>　　　　　Defendant. | Case No.: C-12-06414 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On April 4, 2013, a Case Management Conference was held at which Plaintiff's presence was required. Plaintiff, however, failed to appear or otherwise communicate with the Court. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff shall submit a written response to this Order no later than **April 25, 2013**. Failure to comply with this Order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

In addition, the Court sets a Case Management Conference for **May 16, 2013 at 1:30 p.m.**, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. By that date, Plaintiff should have served Defendant in accordance with Federal Rule of Civil Procedure 4, which

requires, among other things, that a defendant be served within 120 after the complaint is filed. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: April 5, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE