IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DIRECTOR,<br><br>　　　　　Defendant. | Case No.: C-12-06414 JSC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; RESCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　　On April 4, 2013, a Case Management Conference was held at which Plaintiff's presence was required. Plaintiff, however, failed to appear or otherwise communicate with the Court. Accordingly, the Court ordered Plaintiff to show cause ("OSC") as to why this action should not be dismissed for failure to prosecute. (Dkt. No. 10.) Plaintiff submitted a written response to the OSC, explaining why his absence should be excused. (Dkt. No. 12.) In light of Plaintiff's misunderstanding of the Court's schedule, the Court discharges the OSC.

　　　　In addition, given that Defendant has been served only recently, the Court reschedules the Case Management Conference ("CMC") to **June 20, 2013 at 1:30 p.m.**, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The CMC currently scheduled for May 16,

1  2013 is accordingly VACATED. Once the Defendant appears in this action, the parties will be able
2  to meet and confer and submit a joint CMC statement.

4          IT IS SO ORDERED.

6  Dated: May 15, 2013

7                                                                 _____
                                                                   JACQUELINE SCOTT CORLEY
8                                                                  UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2