IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR DIRECTOR,<br><br>          Defendant. | Case No.: C-12-06414 JSC<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

Now pending before the Court is Defendant CDCR Director J. Beard's Motion to Dismiss. (Dkt. No. 16.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 2, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The July 11, 2013 hearing on Defendant's motion to dismiss remains on calendar.

IT IS SO ORDERED.

Dated: June 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE