UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | Case No. 12-cv-06414-JSC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 71 |

Now pending before the Court is Plaintiff's motion for reconsideration of the Court's Order granting Defendant's motion to dismiss with prejudice. (Dkt. No. 68.) Plaintiff styles his motion as a motion to amend a judgment pursuant to Federal Rule of Civil Procedure 59(e), which governs motions to amend or alter judgment after a non-jury trial. Given that no trial was held in this action and that Plaintiff seeks to vacate the order dismissing the action, the Court construes his motion as a request for reconsideration pursuant to Federal Rule of Civil Procedure 60(b).

"[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). A motion for reconsideration "may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Plaintiff seeks reconsideration of the Court's Order on the basis that the undersigned is "aiding and abetting" Defendant by ignoring legal authority in Plaintiff's favor. (Dkt. No. 71 at 2.) Contrary to Plaintiff's bald assertions, the Court closely examined Plaintiff's multiple complaints and the discernible legal arguments presented by both sides. Plaintiff's mere disagreement with

1  the Court's ultimate conclusion does not provide a basis for his motion for reconsideration.
2  Plaintiff's motion is accordingly DENIED.

4  **IT IS SO ORDERED.**
5  Dated: May 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2